United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WAREHOUSE CORP., et al.,<br><br>    Defendants.                              / | No. C 10-02531 CRB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME** |

    Pro se Plaintiff Johnson's request for additional time to respond to Defendants' Motion to Dismiss and its Motion for Summary Judgment is GRANTED. Both motions will now be heard September 3, 2010 at 10 a.m. in Courtroom 8 on the 19th Floor. Plaintiff's written opposition to the motions or her statement of non-opposition is due August 13, 2010 at 5 p.m. Defendants' reply to Plaintiff's opposition, if any, is due August 20, 2010.

    The parties' initial case management conference, currently scheduled for September 17, 2010 at 8:30 a.m., will also be held on September 3, 2010 at 10 a.m. in Courtroom 8.

    Plaintiff's request to participate in "E-filing" is GRANTED.

    **IT IS SO ORDERED.**

Dated: July 22, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2531\Order re Extension of Time.wpd